1483-14

COA # 08-12-00294-CR          OFFENSE: 21.04

STYLE: Luke Stanton v. The State of Texas          COUNTY: Denton

COA DISPOSITION: AFFIRM          TRIAL COURT: 211th District Court

DATE: 10/10/14          Publish: NO   TC CASE #: F-2011-1912-C

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Luke Stanton v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_____REFUSED_____          JUDGE: _____
DATE: 03/04/2015          SIGNED: _____   PC: _____
JUDGE: _Per Curiam_          PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____